UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,　　　　　No. CR 13-cr-00636 LHK

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　**ORDER - CJA CONTRIBUTIONS DUE**

Anthony Barreiro
　　　　　Defendant.
_____/

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X]　THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $75.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of March 1st and the SAME DAY each month thereafter;

[X] MAIL TO:　Clerk, U.S. District Court
　　　　　　　280 South First Street, Room 2112
　　　　　　　San Jose, CA 95113-3095

[ ]　THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

[ ] MAIL TO:　Clerk, U.S. District Court
　　　　　　　280 South First Street, Room 2112
　　　　　　　San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 2/12/14

_____
Howard R. Lloyd, U.S. Magistrate Judge

FILED
FEB 12 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE