BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   timothy.lucey@usdoj.gov

Attorneys for United States of America

FILED

NOV 17 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13 – 0636 LHK |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ANTHONY BARREIRO, | |
| Defendant. | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Defendant Anthony Barreiro from the Indictment without prejudice and further requests that the Court exonerate and return any bond submitted for Anthony Barreiro in connection with the Indictment in this case and remove Anthony Barreiro from the Court's calendar.

//

//

//

//

NOTICE OF DISMISSAL (CR 13 – 636 LHK)    1

| | |
|---|---|
| DATED: November 16, 2016 | Respectfully submitted,<br><br>BRIAN J. STRETCH<br>United States Attorney<br><br>_/s/ Jeffrey D. Nedrow_<br>JEFFREY D. NEDROW<br>Chief, San Jose Division |

Leave is granted to the government to dismiss Defendant Anthony Barreiro from the Indictment. It is further ordered that the bond be exonerated and returned to the Defendant Anthony Barreiro and that the matter related to Anthony Barreiro be removed from the Court's calendar.

Date: 11/17/2016

_Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Court

NOTICE OF DISMISSAL (CR 13 – 636 LHK)    2